157 A.3d 831

JOHN PAFF, PLAINTIFF–RESPONDENT, v. OCEAN COUNTY PROSECUTOR'S OFFICE, DEFENDANT–PETITIONER.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004226–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.